IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHAEL TROLLINGER, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:16-CV-2274 |
| v. | : | (Judge Nealon) |
| TAMMY FERGUSON, | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS 23rd DAY OF MAY, 2017**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d);

2. The Clerk of Court is directed to **CLOSE** this case; and

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

/s/ William J. Nealon
**United States District Judge**